**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **LISA DENEANE NIX, o/b/o/ LLW,** | ) | **CASE NO. 1:10CV0667** |
| **Plaintiff,** | ) | |
| **v.** | ) | **MAGISTRATE JUDGE GREG WHITE** |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | **JUDGMENT ENTRY** |

Consistent with the Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is affirmed and judgment is entered in favor of the defendant.

IT IS SO ORDERED.

s/ Greg White<br>
United States Magistrate Judge

Date:   December 14, 2010